## File Hashes for IP Address 68.48.232.93

**ISP:** Comcast Cable
**Physical Location:** Columbia, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/04/2014 22:30:38 | 534AB787BDC9B901404189DFCA7E4BA85910575A | Still Mine |
| 11/06/2014 19:49:41 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 10/11/2014 22:19:24 | 8B4960BEF62639C6513A1EAE1FB0E706AE78B00B | Awe Inspiring Orgy |
| 09/24/2014 21:48:56 | 4DAE1F79BDC6E97CA750ECCAB188554D9F397709 | Sparks |
| 09/20/2014 12:26:07 | 1E1888B4C8CAAD426E92FC980B348E8C8A89520B | Wet Dream |
| 09/20/2014 01:24:52 | 309EEA52C9625E8912CF8BA075FF411098281DA3 | Drinks For Two |
| 09/20/2014 00:48:00 | 11BBD0678BDD5759E5D8BB9B0CB398ADB9A7D2E2 | The Sleepover |
| 09/19/2014 23:32:43 | 9C6781A6F277D3AA4ED896517023D814780F122D | A Wonderful World |
| 09/19/2014 22:18:01 | EC4156F34DE33A96DE08FDD1288BF48643A72366 | Sexy En Noir |
| 11/25/2013 16:48:28 | 0ABD96E0353DFDDF8774E1750497C88940F9115C | Arrest Me |
| 11/21/2013 20:10:40 | 140529FE435F6EE4870AE9DEBD34E3611DCC0775 | High School Dropouts |
| 10/18/2013 16:30:26 | B83B2B451FFF165795F5E6EF18292168282C6359 | Grow Up With Me |
| 09/11/2013 18:59:45 | E6C799E4EE2BE3F842863B837C05B703894FD3FE | A Perfect Match |
| 09/09/2013 18:53:13 | 62ED4092DF29DC764616EAC46077CDFE8FC76D4A | Erotic Stretching and Sex |
| 08/23/2013 16:52:02 | 1B6F4AE0C9A1474DABB813E67CD05763A582455D | Spontaneous |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

MD391